BEFORE THE FIRST DIVISION, JANUARY 15, 1964

No. 68236.—Selectile Co., Inc. *v.* United States, protest 63/1080 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 65376, the claim of the plaintiff was sustained.

No. 68237.—Louis Marx & Co., Inc. *v.* United States, protest 62/18480 (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 15, 1964

No. 68238.—Rex-Spanall, Inc. *v.* United States, protest 63/13396 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.